No. 7364.

SAMUEL SMITH VS. THE BOARD OF LIQUIDATION.

Although the Supreme Court receives no new evidence, and reviews alone such questions of fact as were before the lower court upon the proof there presented, there may be extraordinary and exceptional cases where, upon the presentation of new evidence, this court would remand the case.

The Auditor of Public Accounts must express on the face of every warrant he draws on the Treasurer the particular appropriation out of which it is to be paid, and he is prohibited drawing a warrant unless the money to pay it has been appropriated. Warrants drawn by the Auditor, not in conformity to law, are not entitled to be funded.

APPEAL from the Fifth District Court of New Orleans.   ROGERS, J.
26

*Kennard, Howe & Prentiss* for Plaintiff.    The Attorney-General for Defendant Appellant.

DE BLANC, J., delivered the opinion reversing the judgment.